# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        :        CHAPTER 13
Angel Delgado
                                              :        NO. 12-19325

## AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION FOR PERMITTING TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

The future earnings of the above named debtor are subject to the continuing supervision and control of the court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the order the sum of **$47.50 – weekly (but in no event more than (4) times per month).**

The employer shall continue these deductions until further order of this Court and shall remit all monies withheld from Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

During the continuance of this court case, the debtor's wages shall be exempt from garnishment or attachment issuing from any state court, nor shall the employer honor levies on the debtor's wages from the collection of any state or federal taxes.

Dated: August 3, 2016                         _Magdeline D. Coleman_
                                              UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>
William C. Miller, Trustee                    Michelle Lee
PO BOX 1799                                   119 S. Easton Rd
Memphis, TN 38101-1799                        Glenside, PA 19038

                                              Angel Delgado
                                              418 Millbank Road
                                              Upper Darby, PA 19082

                                              <u>Debtor's Employer</u>
                                              Dollar Tree Stores, Inc.
                                              500 Volvo Parkway
                                              Chesapeake, VA 23320
                                              Attn: Payroll/Human Resources

{00234323;v1}