United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-19325-mdc
Angel M. Delgado                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 1          Date Rcvd: Aug 29, 2016
                            Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2016.
db         +Angel M. Delgado,    418 Millbank Road,    Upper Darby, PA 19082-4914
           +Dollar Tree Stores, Inc.,    Attn: Payroll/Human Resources,    500 Volvo Parkway,
             Chesapeake, VA 23320-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              GEORGETTE   MILLER    on behalf of Debtor Angel M. Delgado info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Angel Delgado
: NO. 12-19325

## AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION FOR PERMITTING TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

The future earnings of the above named debtor are subject to the continuing supervision and control of the court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the order the sum of **$47.50 – weekly (but in no event more than (4) times per month).**

The employer shall continue these deductions until further order of this Court and shall remit all monies withheld from Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

During the continuance of this court case, the debtor's wages shall be exempt from garnishment or attachment issuing from any state court, nor shall the employer honor levies on the debtor's wages from the collection of any state or federal taxes.

Dated: August _, 2016                    _Magdeline D. Coleman_
                                          UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>
William C. Miller, Trustee            Michelle Lee
PO BOX 1799                           119 S. Easton Rd
Memphis, TN 38101-1799                Glenside, PA 19038

                                      Angel Delgado
                                      418 Millbank Road
                                      Upper Darby, PA 19082

                                      <u>Debtor's Employer</u>
                                      Dollar Tree Stores, Inc.
                                      500 Volvo Parkway
                                      Chesapeake, VA 23320
                                      Attn: Payroll/Human Resources

{00234323;v1}