United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-19325-mdc
Angel M. Delgado                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2             Date Rcvd: Sep 16, 2016
                              Form ID: 138NEW          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2016.
```
db          +Angel M. Delgado,   418 Millbank Road,    Upper Darby, PA 19082-4914
12871872    +Aqua Pennsylvania,   762 W. Lancaster Ave,   Bryn Mawr, PA 19010-3489
12871873    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
12871877    ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: DirecTV,   PO Box 78626,   Phoenix, AZ 85062)
13632120    +JPMorgan Chase Bank N.A.,   Chase Records Ctr.,   Attn: Correspondence Mail,
              Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
12879124    +JPMorgan Chase Bank NA,   c/o Andrew F. Gornall, Esq.,   KML Law Group PC,
              701 Market St., Ste. 5000,   Phila., PA 19106-1541
13019800    +JPMorgan Chase Bank, N.A.,   3415 Vision Drive,   Mail Code: OH4-7142,
              Columbus, OH 43219-6009
12871878    +Michael P. Mayberry,   11 Reese Avenue,   PO box 83,   Newtown Square, PA 19073-0083
12871880     Peco,   2301 Market Street,   PO Box 13778,   Philadelphia, PA 19101-3778
12871881    +Ufcw Federal Credit Un,   3031 Walton Rd Ste 310,   Plymouth Meeting, PA 19462-2369
12871882    +Upper Darby School District,   4611 Bond Ave,   Drexel Hill, PA 19026-4236
12989946    +Upper Darby Township,   c/o James D. Smith, Finance Director,   100 Garrett Road,
              Upper Darby, PA 19082-3135
12871883    +Verizon Pa,   236 E Town St #170,   Columbus, OH 43215-4631
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Sep 17 2016 02:08:50   City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2016 02:07:29
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2016 02:08:41    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12871875    +E-mail/Text: equiles@philapark.org Sep 17 2016 02:09:42    City of Philadelphia,
              Parking Violations Branch,   PO Box 41819,   Philadelphia, PA 19101-1819
12871879    +E-mail/Text: egssupportservices@egscorp.com Sep 17 2016 02:08:28    Nco Fin/22,
              507 Prudential Rd,   Horsham, PA 19044-2308
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12871876*    ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Direct TV Inc.,   Collections Dept.,   P.O. Box 6550,
              Englewood, CO 80155)
12871874    ##+Chase,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Sep 16, 2016
                              Form ID: 138NEW          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2016 at the address(es) listed below:

        ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        GEORGETTE MILLER    on behalf of Debtor Angel M. Delgado info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Angel M. Delgado
        Debtor(s)                                     Bankruptcy No: 12–19325–mdc
                                                                   Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.


                                                          For The Court

                                                          Timothy B. McGrath
                                                          Clerk of Court

Dated: 9/16/16

                                                                                                 69 – 68
                                                                                            Form 138_new