# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Angel M. Delgado  
        Debtor(s)

CHAPTER 13

BKY. NO. 12-19325 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4885

Respectfully submitted,

**/s/Thomas Puleo, Esquire**  
Thomas Puleo, Esquire  
Brian C. Nicholas, Esquire  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106-1532  
(215) 825-6306  FAX (215) 825-6406