PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
FHAC.241-3399.NF

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

In re                                                                    Bk. No. 12-19325-mdc

Angel M. Delgado,                                                Chapter 13

      Debtor.
_____/

## REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Carrington Mortgage Services, LLC, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 418 Millbank Road, Upper Darby, Pennsylvania 19082-4914 (Loan No. XXXX9084), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: March 1, 2017        By /s/ Dean R. Prober
                                         DEAN R. PROBER, ESQ., CA BAR # 106207
                                         As Agent for Claimant

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Marine Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 03/03/2017, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Angel M. Delgado
418 Millbank Road
Upper Darby, PA 19082
Debtor

Georgette Miller, Esq.
Law Office of Georgette Miller Esq. PC
335 Evesham Avenue
Lawnside, NJ 08045
Attorney for Debtor

William C. Miller
1234 Market Street, Suite 1813
Philadelphia, PA 19107
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 03/03/2017, at Woodland Hills, California.

/s/ Marine Gaboyan